

**BIENENSTOCK REPORTING & VIDEO**
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 090603
Job Date: 06/03/2009
Order Date: 06/03/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 419121
Inv.Date: 06/18/2009
Balance: $753.65

**Bill To:**
Samantha D. Hardy
Shepherd, Mullin, Richter & Hampton
501 West Broadway
19th Floor
San Diego, CA 92101

Action: Foucher, Andrea, et al
vs
Kraft Foods Global, Inc.
Action #: 2:08-cv-14896
Rep: JMK
Cert: 2592

**RECEIVED**
JUN 22 2009
S. HARDY

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | $140.00 |
| 2 | Andrea Foucher | Orig. & 1 Copy incl. e-mail | Pages | 145 | $573.75 |
| 3 | | Exhibits | Item | 133.00 | $39.90 |

**Comments:**

Offices in: Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $753.65 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $753.65 |
| Payment | $0.00 |
| **Balance Due** | $753.65 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Samantha D. Hardy
Shepherd, Mullin, Richter & Hampton
501 West Broadway
19th Floor
San Diego, CA 92101

**Deliver To:**
Samantha D. Hardy
Shepherd, Mullin, Richter & Hampton
501 West Broadway
19th Floor
San Diego, CA 92101

# Invoice

Invoice #: 419121
Inv.Date: 06/18/2009
Balance: $753.65
Job #: 090603JMK
Job Date: 06/03/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK REPORTING & VIDEO**
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com